DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LARY SCOTT MORRIS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1853

————————————————

April 24, 2026

Appeal from the Circuit Court for Pinellas County; Pat E. Siracusa,
Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

       Affirmed.


LUCAS, C.J., and SILBERMAN and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.